UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E. Ohio St., Rm. 116
Indianapolis, IN 46204

NTCTRC (rev 09/2014)

In re:

**Jeremy Joseph Jackson**,
**Tina Lynn Jackson**,
      Debtors.

Case No. **17–07453–RLM–13**

## NOTICE OF TRANSFER OF CLAIM

A Transfer of Claim #6 was filed on May 4, 2020, by Creditor U.S. Bank Trust National Association, as Trustee and is attached to this notice.

**NOTICE IS GIVEN** that the transferee will be substituted as the original claimant without further order of the Court unless an objection is filed by May 26, 2020.

Dated:  May 5, 2020

Kevin P. Dempsey
Clerk, U.S. Bankruptcy Court

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Southern District of Indiana

In re Jeremy Joseph Jackson / Tina Lynn Jackson, Case No. 17-07453-RLM-13

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

U.S. Bank Trust National Association, as Trustee of the Bungalow Series IV Trust
Name of Transferee

U.S. Bank Trust National Association, as Trustee of the Igloo Series IV Trust
Name of Transferor

Name and Address where notices to transferee should be sent:
c/o SN Servicing Corporation
323 Fifth Street
Eureka, CA 95501

Phone: 800.603.0836
Last Four Digits of Acct #: 1069

Court Claim # (if known): 6-1
Amount of Claim: $120,883.94
Date Claim Filed: 01/24/2018

Phone:
Last Four Digits of Acct. #: 1069

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Molly Slutsky Simons      Date: 05/04/2020
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.